# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Michael Altman, <br><br> Plaintiff, <br><br> vs. <br><br> Martin O'Malley, Commissioner of Social Security, <br><br> Defendant. | Civil Action No. 1:24-3893-RMG <br><br><br> **ORDER** |

The Defendant has moved, with the consent of Plaintiff, to remand this case to the Social Security Administration pursuant to 42 U.S.C. § 405(g) for further administrative proceedings to reevaluate Plaintiff's claim for disability benefits. (Dkt. No. 10). After a review of the record in this matter, the Court grants the motion for good cause. The decision of the Defendant is hereby **REVERSED** pursuant to 42 U.S.C. § 405(g) and **REMANDED** to the agency for further administrative proceedings.

**AND IT IS SO ORDERED**.

S/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

September 17, 2024
Charleston, South Carolina