# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Michael Altman, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Carolyn Colvin, Acting Commissioner of )<br>Social Security, )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil Action No. 1:24-3893-RMG<br><br>**ORDER** |

This matter comes before the Court on Plaintiff's motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Dkt. No. 15). Plaintiff seeks an attorney fee award of $660.00. The Acting Commissioner does not object to the motion. (Dkt. No. 17).

The Court has reviewed the proposed award, as well as the supporting underlying documentation, and finds that the proposed award is reasonable and authorized under applicable law. *Barber v. Kimbrell's, Inc.* 577 F.2d 216 (4th Cir. 1978); Local Rule 54.02 (D.S.C.). Therefore, the Court hereby grants an EAJA award to Plaintiff in the amount of $660.00 in attorney's fees under EAJA and $405.00 in costs under 28 U.S.C. § 2412(d). This award is subject to the Treasury Offset Program, 31 U.S.C. § 3716(c)(1)(B). In the event Plaintiff has no present debt subject to offset and Plaintiff has executed a proper assignment to her counsel, Defendant is directed to make the payment due herein to Plaintiff's counsel. If Plaintiff has no present debt subject to offset and no proper assignment has been made by Plaintiff to her counsel,   Defendant is directed to make the check due pursuant to this Order payable to Plaintiff

and to deliver the check to Plaintiff's counsel.

**AND IT IS SO ORDERED**.

s/Richard Mark Gergel  
Richard Mark Gergel  
United States District Judge

January 13, 2025
Charleston, South Carolina